Find related content

151% sinister right lad
niche Brenton blud 🕌🕋☪️




Tuffffff🥶🥶🥶

00:13/00:18

**bonehead__**
:3 · 1d ago

Follow

Hello FBI would you say this post is worthy of you raiding my house again?... #larp #09a #sinister #rampage #tcc

♫ original sound - idkzephyrr

141 5 24

https://www.tiktok.com/@bonehead__/video/757565... Copy link

**Comments (5)** Creator videos

[redacted]



17h ago Reply

[redacted]



Log in to comment