GOVERNMENT EXHIBIT
2

