
Find related content
Leave my churches alone.
GOVERNMENT
EXHIBIT
3
00:07/00:11