


larpcentral51
larpcentral · 3-3

Follow

1,2 or 3 I need at least one.

♫ som original - slayer200iq

1 0 0

https://www.tiktok.com/@larpcentral51/photo/761307...

Copy lin

Comments (0)

Creator videos

Start the conversation

GOVERNMENT EXHIBIT
4

Add comment...