GOVERNMENT
EXHIBIT

5

