


larpcentral51
larpcentral✝️ · 1h ago

Follow

#larp #gta5 #gtaV #accelaration

♫ De Kieru - Rory in early 20s

0 0 0

https://www.tiktok.com/@larpcentral51/video/761639... Copy link

Comments (0) Creator videos

Start the conversation

GOVERNMENT EXHIBIT 6

Add comment...