





GOVERNMENT EXHIBIT

7