GOVERNMENT EXHIBIT
8

