GOVERNMENT EXHIBIT

9




TikTok
@larpcentral51
00:02


TikTok
@larpcentral51
00:17


TikTok
@larpcentral51
00:04


TikTok
@larpcentral51
00:09


-51
TikTok
@larpcentral51
00:14