Find related content




[redacted] · 2d ago

Follow

🥺🥺

Who are these awesome innocent people 👀
#targetedaudience #51 #tcc #zeroday2003 #viralvideo

♫ Sunshine, Lollipops and Rainbows (Rerecorded) - Lesley Gore

41 11 4

[redacted]

**Comments (11)** Creator videos

[redacted]
[ステッカー]
1d ago Reply 0

larpcentral✝️
Me (right) and you (left) 😂❤️
15h ago Reply 1

[redacted] · Creator
Of course
14h ago Reply 1

Hide

Log in to comment