





GOVERNMENT
EXHIBIT

11


9
9


19
19


10


9





