




GOVERNMENT EXHIBIT

12