
15
GOVERNMENT
EXHIBIT
13