

GOVERNMENT
EXHIBIT

14