

GOVERNMENT
EXHIBIT
15