FILED
SEP 09 2026
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INFORMATION |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:26 CR 00403 |
| | ) | Title 18, United States Code, Section 875(c) |
| WYATT JAMES BRZOSKA, | ) | |
| Defendant. | ) | JUDGE BRENNAN |

GENERAL ALLEGATIONS

At all times material to this Information, unless otherwise specified:

1. Defendant WYATT JAMES BRZOSKA was a resident of the Northern District of Ohio. BRZOSKA possessed multiple firearms, ammunition, knives, and tactical gear. BRZOSKA idolized individuals who committed mass shootings, particularly Brenton Tarrant, who committed mass shootings at two mosques in New Zealand, killing 51 people on March 15, 2019. References by BRZOSKA to “51” and “kebabs” were references to Tarrant’s victims.

2. Islamic Center 1 was located in the Northern District of Ohio. It included a mosque and an elementary and secondary school.

3. Minor 1 was a minor female located in Utah.

COUNT 1
(Threatening Communications, 18 U.S.C. § 875(c))

The United States Attorney charges:

4. The factual allegations contained in paragraphs 1 through 3 of the Information are realleged and incorporated as if fully set forth herein.

5. On or about March 10, 2026, in the Northern District of Ohio, Eastern Division, and elsewhere, the defendant WYATT JAMES BRZOSKA, knowingly and willfully transmitted in interstate and foreign commerce communications containing threats to injure the person of another, to wit: BRZOSKA posted a video on the Internet using a social media application with text that read, "For this thanksgiving I'm thinking instead of turkey I'm going to cook 51 kebabs," in violation of Title 18, United States Code, Section 875(c).

COUNT 2
(Threatening Communications, 18 U.S.C. § 875(c))

The United States Attorney further charges:

6. The factual allegations contained in paragraphs 1 through 3 of the Information are realleged and incorporated as if fully set forth herein.

7. On or about March 10, 2026, in the Northern District of Ohio, Eastern Division, and elsewhere, the defendant WYATT JAMES BRZOSKA, knowingly and willfully transmitted in interstate and foreign commerce communications containing threats to injure the person of another, to wit: BRZOSKA posted a video on the Internet using a social media application taken from a parking lot outside of Islamic Center 1, with footage of Islamic Center 1 and the caption, "You will feel it," in violation of Title 18, United States Code, Section 875(c).

COUNT 3
(Threatening Communications, 18 U.S.C. § 875(c))

The United States Attorney further charges:

8. The factual allegations contained in paragraphs 1 through 3 of the Information are realleged and incorporated as if fully set forth herein.

9. On or about March 12, 2026, in the Northern District of Ohio, Eastern Division, and elsewhere, the defendant WYATT JAMES BRZOSKA, knowingly and willfully transmitted

in interstate and foreign commerce communications containing threats to injure the person of another, to wit: BRZOSKA sent the following message using a social media application to Minor 1 in Utah, "If you get here we can go as soon as you want and blow [Islamic Center 1] I'm about to get some propane tanks here soon and more ammo I'm thinking I use my car to block the rear exit as well," in violation of Title 18, United States Code, Section 875(c).

DAVID M. TOEPFER
United States Attorney

By: ______________________
Daniel J. Riedl, Chief
National Security Unit